*E-Filed 2/13/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH R. RIOS, | No. C 13-3430 RS (PR) |
| Petitioner, | **ORDER EXTENDING TIME** |
| v. | |
| SANDRA PENNYWELL, Warden, | |
| Respondent. | |

Respondent's motion to extend time to file a response to the Court's order to show cause (Docket No. 4) is GRANTED.  Such response shall be filed on or before April 18, 2014.  This order terminates Docket No. 4.

**IT IS SO ORDERED.**

DATED: February 13, 2014

RICHARD SEEBORG
United States District Judge