UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH R. RIOS,

    Plaintiff,

v.

SANDRA PENNYWELL,

    Defendant.

13-cv-03430-VC

**JUDGMENT**

The Court, having denied the petition for writ of habeas corpus, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 22, 2014

_____
VINCE CHHABRIA
United States District Judge